IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CV-397-FL

| | | |
|---|---|---|
| DAVID PEARSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| C R BARD INCORPORATED, and BARD PERIPHERAL VASCULAR INCORPORATED, | ) ) ) ) ) | |
| Defendants. | ) | |

This matter comes before the court on defendants' consent motion to stay discovery and all pretrial deadlines (DE 11). Defendants represent that the parties are requesting the stay to pursue settlement discussions.

On September 10, 2019, this case was transferred from MDL proceedings in United States District Court for the District of Arizona. The court directed the parties to comply with Local Civil Rule 83.1 regarding representation by counsel. Plaintiff did not timely comply. On October 2, 2019, the court ordered plaintiff to cause his counsel to file notices of special appearance, and cause local counsel to enter an appearance, not later than October 23, 2019. Once again, plaintiff's counsel failed to comply with the local rules governing special appearances.

The court construes defendants' consent motion in part as a request to stay the requirement that plaintiff's counsel associate local counsel pursuant to Local Civil Rule 83.1. For good cause shown, the court grants defendants' consent motion. Should this case proceed after April 1, 2020, plaintiff's representational issues will be the first matter addressed by the court.

Based on the foregoing, defendants' consent motion to stay (DE 11) is GRANTED. Discovery and all pretrial deadlines are STAYED until April 1, 2020. On April 2, 2020, the parties shall file dismissal documents or file joint status report advising the court what remains to be done with respect to case-specific discovery.

SO ORDERED, this the 31st day of October, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge